**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBRA J. TURNER, | * |
|     Plaintiff, | * |
| v. | *   Case No. 1:07-cv-01481 |
| AFRO AMERICAN NEWSPAPER COMPANY, | *   Judge: Paul L. Friedman |
| | * |
|     Defendant. | * |

\*     \*     \*     \*     \*     \*     \*     \*     \*

**ENTRY OF APPEARANCE**

Please enter the appearance of Darrell R. VanDeusen, and Kollman & Saucier, P.A. as counsel for the Defendant Afro-American Newspaper Company.

                            Respectfully submitted,

                            /s/ Darrell R. VanDeusen
                          Darrell R. VanDeusen
                          Bar No. MD 08231
                          Kollman & Saucier, P.A.
                          Sun Life Building, 8th Floor
                          20 South Charles Street
                          Baltimore, Maryland 21201
                          (410) 727-4300
                          dvand@kollmanlaw.com

                          Attorneys for Defendant
                          Afro-American Newspaper Company