UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBRA TURNER                               *

    Plaintiff                              *

v.                                          *   Case No.: 07-1481 PLF

AFRO-AMERICAN NEWSPAPER                     *
COMPANY
                                                          *

    Defendant

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PETITION FOR THE ADMISSION
## PRO HAC VICE OF JAMES H. FIELDS

Attorney, Darrell VanDeusen, respectfully moves for the admission Pro Hac Vice of James Howard Fields, Esquire pursuant to Local Rule of Civil Procedure 83.2(d), and in support thereof avers as follows:

1.    James H. Fields, Esquire is an attorney in private practice in the City of Baltimore, Maryland.

2.    James H. Fields, Esquire has been a member of good standing of the Maryland Bar since 1991 and the District of Columbia Bar since 1992.

3.    James H. Fields has represented the Afro-American Newspaper Company ("Afro") since 1995, and has been specifically requested by the Afro to represent them in this civil action due to his familiarity with the details of the instant matter.

The undersigned attorney will rely on the Declaration of James Howard Fields submitted herewith.

A proposed form of Order has been submitted.

*[signature]*
Darrell R. VanDeusen
Bar No. MD 08231
Kollman & Saucier, P.A.
The Business Law Building
1823 York Road
Timonium, Maryland  21093
(410) 727-4300
dvand@kollmanlaw.com

Attorneys for Defendant,
Afro-American Newspaper Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of October 2007, a copy of the foregoing Petition for the Admission Pro Hac Vice of James H. Fields, was mailed, first-class, postage prepaid to: Barbra Turner, 827 Longfellow Street, N.W., Washington, D.C.  20011.

*[signature]*
Darrell VanDeusen

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BARBRA TURNER** | * | |
| **Plaintiff** | * | |
| v. | * | Case No.: 07-1481 PLF |
| **AFRO-AMERICAN NEWSPAPER COMPANY** | * | |
| | * | |
| **Defendant** | | |

* * * * * * * * * * * * *

**DECLARATION OF**
**JAMES H. FIELDS**

I, JAMES HOWARD FIELDS, declare as follows:

1. I am a principal at the law firm of Jones & Associates, P.C., 111 S. Calvert Street, Suite 2700, Baltimore, Maryland 21202; telephone number 410-385-5246.

2. I am a member in good standing of the Bar of Maryland and the Bar of the District of Columbia. I am admitted to practice before the United States Court of Appeals for the Fourth Circuit (1999); the United States Court of Appeals for the Third Circuit (1998); United States District Court for the District of Maryland (1992) and the District of Columbia Court of Appeals (1993).

3. I am not under any suspension, nor have I ever been suspended or disbarred from any Court. I have not been admitted to this Court pro hac vice in the last two years.

4. I am associated in this matter with Darrell VanDeusen, Esquire of the law firm of Kollman & Saucier, P.A.

5.   I understand that I will be bound by all the Rules governing the United States District Court for the District of Columbia, including disciplinary rules.

6.   Based on the foregoing, I respectfully request that I be admitted to this Court pro hac vice for the purpose of participating in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Sept. 27, 2007

James H. Fields
Jones & Associates, P.C.
111 S. Calvert Street, Suite 2700
Baltimore, Maryland 21202
410-385-5246

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BARBRA TURNER** | * | |
| **Plaintiff** | * | |
| v. | * | Case No.: 07-1481 PLF |
| **AFRO-AMERICAN NEWSPAPER COMPANY** | * | |
| | * | |
| **Defendant** | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATION OF DARRELL VanDEUSEN

I, DARRELL VanDEUSEN, certify as follows:

1.   I am a partner at the law firm of Kollman & Saucier, P.A., 1823 York Road, Timonium, Maryland  21093 and counsel for Defendant, Afro-American Newspaper Company.

2.   I am a member in good standing of the Bar of Maryland.  I am admitted to practice before the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Third Circuit, the United States Supreme Court, the United States Court of Appeals for the District of Columbia Circuit, the United States District Court for the District of Maryland and the United States District Court for the District of Columbia.

3.   I submit this Affidavit in Support of the Petition for Admission *Pro Hac Vice* of James H. Fields, Esquire of the law firm of Jones & Associates, P.C., 111 S. Calvert Street, Suite 2700, Baltimore, Maryland 21202.

4. I read the Declaration of James H. Fields in support of this Petition and, to the best of my knowledge, information and belief, the Declaration is accurate.

5. I, Darrell VanDeusen, from Kollman & Saucier appearing in this matter on behalf of Defendant, shall comply with all Local Rules of Civil Procedure for the District of Columbia.

6. Pursuant to the Rules of this Court, it is respectfully requested that this Court approve the admission *pro hac vice* of James H. Fields, to serve as co-counsel on behalf of Defendant, Afro-American Newspaper Company.

7. I have read and am familiar with the Local Rules of this District and the Federal Rules of Procedure.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 10.3.07

Darrell VanDeusen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BARBRA TURNER**                     *

    **Plaintiff**                     *

v.                                    *   Case No.: 07-1481 PLF

**AFRO-AMERICAN NEWSPAPER**           *
**COMPANY**
                                  *

    **Defendant**

*    *    *    *    *    *    *    *    *    *    *    *    *

## ORDER GRANTING *PRO HAC VICE* ADMISSION OF JAMES H. FIELDS

Pursuant to Local Civil Rule 83.2(d) for admission *pro hac vice*, it is hereby

**ORDERED** that James H. Fields of the law office of Jones & Associates, P.C., 111 S. Calvert Street, Suite 2700, Baltimore, Maryland 21202, is authorized to appear *pro hac vice* on behalf of the Afro American Newspaper Company ("Afro") to argue or ty any aspect of this matter for the duration of this action;

**ORDERED** that James H. Fields shall notify the Court immediately of any matter affecting his standing at the Bar of any other Court;

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney of record authorized to practice in this State, who shall be responsible for them and for the conduct of the cause and of the admitted attorney therein;

    **IT IS SO ORDERED**


                                                         _____
                                                         Judge, United States District Court
                                                         For the District of Columbia

Dated: _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BARBRA TURNER** | * | |
| Plaintiff | * | |
| v. | * | Case No.: 07-1481 PLF |
| **AFRO-AMERICAN NEWSPAPER COMPANY** | * | |
| | * | |
| Defendant | | |

* * * * * * * * * * * * *

## ORDER GRANTING *PRO HAC VICE* ADMISSION OF JAMES H. FIELDS

Pursuant to Local Civil Rule 83.2(d) for admission *pro hac vice*, it is hereby

**ORDERED** that James H. Fields of the law office of Jones & Associates, P.C., 111 S. Calvert Street, Suite 2700, Baltimore, Maryland 21202, is authorized to appear *pro hac vice* on behalf of the Afro American Newspaper Company ("Afro") to argue or ty any aspect of this matter for the duration of this action;

**ORDERED** that James H. Fields shall notify the Court immediately of any matter affecting his standing at the Bar of any other Court;

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney of record authorized to practice in this State, who shall be responsible for them and for the conduct of the cause and of the admitted attorney therein;

**IT IS SO ORDERED**

_____
Judge, United States District Court
For the District of Columbia

Dated: _____