## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BARBRA J. TURNER
827 LONGFELLOW STREET, NW
WASHINGTON, DC 20011
202-291-7267

**VS.**                                              CIVIL ACTION NO. 07-1481PLF

AFRO AMERICAN NEWSPAPER COMPANY
2519 N. CHARLES STREET
BALTIMORE, MD 21218

### OPPOSITION TO MOTION TO DISMISS

The Age Employment Act of 1967 as amended protects applicants and employees 40

years or older from discrimination on the basis of age and hiring, promotion, discharge,

compensation, terms conditions or privileges of employment.  The Afro-American

Newspaper Company participated in age bias in terms of compensation because I was

paid less commission than the younger Classified Sales Consultant in the Baltimore

office even though I produced more time intensive and a larger volume of work.  One of

the exhibits I will present is the Administrative Hearing Transcript the testimony in the

Transcript proves the Afro-American Newspaper paid another employee who is younger

than me a higher commission.  The younger Classified Sales Consultant clearly states in

the Administrative Hearing transcript that she earned a higher commission, and further I

will prove that when my commission was reduced I received an e-mail from the Director

of Finance comparing the positions and stating that the Sales Consultant did not receive

commissions, while the statements in the Administrative Hearing Transcripts by the

Classified Sales Consultant clearly states that was not the case because she did receive

commission.  I did not have the Administrative Hearing Transcript when I responded to

the EEOC; I received the transcript after my appeal was granted in the District of

Columbia Court of Appeals.  My case should not be dismissed because the Afro-

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED

OCT 2 4 2007

American Newspaper Company did discriminate against me, and I should be allowed the opportunity in the interest of justice to present my case including my evidence before a judge and jury.

Barbra J. Turner
827 Longfellow Street, NW
Washington, DC 20011