UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BARBRA TURNER**              *

    **Plaintiff**              *

v.                             *     Case No.:  07-1481 PLF

**AFRO-AMERICAN NEWSPAPER**    *
**COMPANY**
                               *
    **Defendant**

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Defendant, Afro-American Newspaper Company ("Defendant"), by its attorneys, James H. Fields and Jones & Associates, P.C., hereby files this Reply Memorandum in support of the Defendant's Motion to Dismiss the Complaint filed in the above-captioned action for failure to state a claim upon which relief can be granted.  In support hereof, Defendant states as follows:

### ARGUMENT

1.    The Opposition filed by pro se Plaintiff fails completely to address the basis of the Defendant's Motion to Dismiss, i.e. that the Complaint filed in this action by Plaintiff must be dismissed because it was filed beyond the time within which it was required to be filed under Title VII.  See 42 U.S.C. §2000e-5(f)(1).  The Opposition is utterly devoid of any facts to suggest that the doctrine of equitable tolling, or any other relief from Plaintiff's belated filing, is available to Plaintiff.

2.    Rather, the Opposition seeks merely to rehash the Plaintiff's failed evidentiary presentation in the referenced Administrative Hearing.  As such, Plaintiff

seeks to argue the purported merits of her claim. However, as demonstrated by the Plaintiff's own filings, and as made plain in the Motion to Dismiss, Plaintiff has failed to demonstrate to this Court Plaintiff's satisfaction of the procedural prerequisites, admittedly known to Plaintiff, for Plaintiff to assert any substantive claims in this Court.

3. Accordingly, for the reasons set forth herein, and in the Defendant's Motion to Dismiss and Memorandum in support thereof, Defendant, Afro-American Newspaper Company, respectfully requests that the Complaint of the Plaintiff be dismissed, with prejudice.

   /s/ Darrell R. VanDeusen_____
Darrell R. VanDeusen
Bar No. MD 08231
Kollman & aucier, P.A.
The Business Law Building
1823 York Road
Timonium, Maryland  21093
(410) 727-4300
dvand@kollmanlaw.com


   /s/  James H. Fields\_\_\_\_\_
James H. Fields, Bar No. 440051
Jones & Associates, P.C.
111 South Calvert Street, Suite 2700
Baltimore, Maryland  21202
(410) 385-5240
JFields@JonesAssociatesLaw.com

Attorneys for Defendant,
Afro-American Newspaper Company

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of November, 2007, a copy of the foregoing Reply Memorandum in Support of Motion to Dismiss was mailed, first-class, postage prepaid to: Barbra Turner, 827 Longfellow Street, N.W., Washington, D.C. 20011.

                                                      __/s/ James H. Fields_____
                                                      James H. Fields