UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBRA TURNER,<br><br>   Plaintiff,<br><br>   v.<br><br>AFRO-AMERICAN NEWSPAPER COMPANY,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1481 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## FINAL ORDER

  For the reasons stated in the accompanying Memorandum Opinion, it is hereby this 20th day of August, 2008

  ORDERED that the defendant's motion [Dkt. # 5] to dismiss is GRANTED. It is

  FURTHER ORDERED that the complaint is DISMISSED with prejudice.

  This is a final, appealable order. See Fed. R. App. P. 4(a).


DATE: August 20, 2008

/s/
PAUL L. FRIEDMAN
United States District Judge